**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-8119**

_____

In Re: GENE ELLIS WILLIAMS,

Petitioner.

_____

On Petition for Writ of Mandamus. (CR-86-40-P)

_____

Submitted: March 21, 1996          Decided: April 12, 1996

_____

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Gene Ellis Williams, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gene Ellis Williams petitioned this court for a writ of mandamus, complaining of delay by the district court in resolving his Fed. R. Crim. P. 35 motion. The district court granted the relief sought by Williams, entering an amended judgment on January 11, 1996. Although leave to proceed in forma pauperis is granted, the petition for mandamus is dismissed as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED